USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2023

# COREY STARK, PLLC
110 EAST 59TH STREET, 22ND FLOOR
NEW YORK, NEW YORK 10022

| | |
|---|---|
| TELEPHONE: | (212) 324-3705 |
| FACSIMILE: | (646) 219-7389 |
| EMAIL: | COREY@CSTARKLAW.COM |

www.cstarklaw.com

March 23, 2023

**By ECF**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

ENDORSEMENT: The proposed briefing schedule hereby is approved. SO ORDERED.
Dated: 3/23/2023    /s/ Stewart D. Aaron

Re:   *Peter Kelly v. Communications Workers of America, AFL-CIO et al.*
      Civil Action No: 22-cv-10923 (GHW)(SDA)

Dear Judge Aaron:

I am a member of Corey Stark PLLC, attorney for plaintiff Peter Kelly.  I submit this to propose the following briefing schedule for the pending motions to dismiss filed by Communications Workers of America, AFL-CIO and Verizon New York Inc.:

| | |
|---|---|
| Plaintiff's opposition | April 21, 2023 |
| Defendants' reply briefs | May 12, 2023 |

I communicated with Defendants' attorneys before writing this letter, and they consented to the briefing schedule proposed above.

Respectfully,

COREY STARK PLLC

/s/

Corey Stark

cc:   Amy S. Young, Esq. (*by ECF*)
      Cliff LaFemina, Esq. (*by ECF*)
      Ian B. Bogaty, Esq. (*by ECF*)