USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/19/2023__

# COREY STARK, PLLC

110 EAST 59TH STREET, 22ND FLOOR
NEW YORK, NEW YORK 10022

| | |
|---|---|
| TELEPHONE: | (212) 324-3705 |
| FACSIMILE: | (646) 219-7389 |
| EMAIL: | COREY@CSTARKLAW.COM |

www.cstarklaw.com

April 18, 2023

**By ECF**

Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

> Application GRANTED. Accordingly, Defendants' motions filed at ECF Nos. 12 and 14 are deemed moot. SO ORDERED.
> Dated: April 19, 2023 /s/

Re:   *Peter Kelly v. Communications Workers of America, AFL-CIO* et al.
       Civil Action No: 22-cv-10923 (GHW)(SDA)

Dear Judge Aaron:

    I am a member of Corey Stark PLLC, attorney for plaintiff, Peter Kelly.  I have decided that amending Mr. Kelly's complaint would be the most prudent way of responding to Defendants' motions to dismiss.  I therefore respectfully request leave to file an amended complaint by April 21, 2023.

    I have received the consent of Defendants' attorneys, on whose behalf I further request leave to file responses to Plaintiff's amended complaint on or before May 26, 2023.

Respectfully,

COREY STARK PLLC

/s/

Corey Stark

cc:   Amy S. Young, Esq. (*by ECF*)
      Cliff LaFemina, Esq. (*by ECF*)
      Ian B. Bogaty, Esq. (*by ECF*)