```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Kelly,

                Plaintiff,

-against-

Communications Workers of America, AFL-CIO and Verizon New York Inc.,

                Defendants.

1:22-cv-10923 (GHW) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that Defendant Verizon's Letter Motion to compel (ECF No. 54) is GRANTED IN PART and DENIED IN PART as follows:

1. Verizon's request for medical authorization forms (Request No. 17) is denied on relevance and proportionality grounds.

2. With respect to post-employment records (Request No. 29) and tax records (Request No. 31), the parties shall continue to meet and confer and, if they cannot reach a resolution, shall file a joint letter no later than February 9, 2024 setting forth their respective positions regarding the remaining disputes.

SO ORDERED.

Dated:    New York, New York
           January 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge