USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Kelly,

                Plaintiff,

-against-

Communications Workers of America, AFL-CIO and Verizon New York Inc.,

                Defendants.

1:22-cv-10923 (GHW) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Discovery in this action closed on October 14, 2024. (*See* 8/2/2024 Order, ECF No. 64.) Accordingly, it is hereby Ordered that, no later than October 22, 2024, the parties shall file a joint letter regarding proposed next steps in this action, including whether the parties would like to participate in a settlement conference and/or whether any party intends to file a dispositive motion. The letter shall include proposed dates for any settlement conference and a proposed briefing schedule for any dispositive motions.

**SO ORDERED.**

Dated:     New York, New York
            October 15, 2024

_____
STEWART D. AARON
United States Magistrate Judge