```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Peter Kelly,<br><br>                                              Plaintiff,<br><br>-against-<br><br>Communications Workers of America, AFL-CIO and Verizon New York Inc.,<br><br>                                     Defendants. | 1:22-cv-10923 (GHW) (SDA)<br><br>ORDER FOR<br><u>TELEPHONE CONFERENCE</u> |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       The parties are directed to appear for a telephone conference on Thursday, October 31, 2024, at 11:00 a.m. to discuss Plaintiff's Letter Motion filed at ECF No. 68. In accordance with the Court's Individual Practices, Defendants shall respond to the Letter Motion no later than October 28, 2024 and Plaintiff shall file any reply no later than October 29, 2024. At the time of the conference, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:      New York, New York
              October 25, 2024

                                                                      _____
                                                                      STEWART D. AARON
                                                                      United States Magistrate Judge