UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Kelly,

                        Plaintiff,

-against-

Communications Workers of America, AFL-CIO, et al.,

                        Defendants.

1: 22-cv-10923 (JGLC) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that Plaintiff's Letter Motion to compel (Pl.'s 10/23/24 Ltr. Mot., ECF No. 68) is GRANTED IN PART and DENIED IN PART, as follows:

1. Defendant Communications Workers of America, AFL-CIO ("CWA") shall respond to Interrogatory No. 16 with respect to Ronald Williams ("Williams). CWA either shall identify Williams in response to the Interrogatory 16 or provide a sworn response as to why Williams is not covered by the interrogatory.

2. CWA shall respond to Interrogatory Nos. 17 through 19 with respect to Williams.

3. CWA shall respond to Document Request Nos. 11 through 13.

4. Defendant Verizon New York Inc. ("Verizon") shall respond to Document Request Nos. 19 and 21.

5. Verizon shall respond to Interrogatory No. 16 with respect to Williams. As with CWA, Verizon either shall identify Williams in response to the Interrogatory 16 or provide a sworn response as to why Williams is not covered by the interrogatory.

6. Verizon shall respond to Interrogatory Nos. 17 through 19 with respect to Williams.

It is further Ordered that the parties' anticipated motions for summary judgment shall be filed no later than January 7, 2025. Opposition papers shall be filed no later than February 11, 2025 and any replies shall be filed no later than March 4, 2025.

**SO ORDERED.**

Dated:     New York, New York
           October 31, 2024

_____
STEWART D. AARON
United States Magistrate Judge