USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2025

**COREY STARK, PLLC**
110 EAST 59TH STREET, 22ND FLOOR
NEW YORK, NEW YORK 10022

TELEPHONE: (212) 324-3705
FACSIMILE: (646) 219-7389
EMAIL: COREY@CSTARKLAW.COM

www.cstarklaw.com

January 6, 2025

**By ECF**

Hon. Stewart Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. SO ORDERED.
Dated: January 6, 2025

Re:   *Peter Kelly v. Communications Workers of America, AFL-CIO* et al.
      Civil Action No: 22-cv-10923 (JGLC) (SDA)

Dear Judge Aaron:

I represent the plaintiff, Peter Kelly ("Plaintiff"), in the above-referenced action, and I write to request to request a two-week extension of the deadline for filing motions for summary judgment as well as associated deadlines. This is the second request for an extension of this deadline.

Presently, under the Court's December 10, 2024, Order (ECF No. 79), motions for summary judgment are to be filed by January 21, 2025, opposition papers are to be filed by February 25, 2025, and replies are to be filed by March 19, 2025. Under the proposed extension, motions for summary judgment would be due by February 4, 2025, opposition papers would be due by March 11, 2025, and replies would be due by April 1, 2025.

This request is necessary because I am scheduled to commence a jury trial in a case in Passaic County New Jersey. All parties consent to this extension request.

Respectfully,

COREY STARK PLLC

/s/

Corey Stark

cc:   Amy S. Young, Esq. (*by ECF*)
      Cliff LaFemina, Esq. (*by ECF*)
      Ryan C. Chapoteau, (*by ECF*)