## CERTIFICATE OF SERVICE

I certify that Defendant CWA's Reply Brief, Declaration of Charles Braico, and Declaration of Amy S. Young and exhibit thereto were served upon the following individuals on May 2, 2025 via the Court's electronic filing system:

Corey Scott Stark
Corey Stark PLLC
110 East 59th Street, 22nd Floor
New York, NY 00000
212-324-3705
corey@cstarklaw.com
*Attorney for Plaintiff Peter Kelly*

Cliff LaFemina
Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, NY 11747
631-247-0404
cliff.lafemina@jacksonlewis.com
*Attorney for Defendant Verizon New York Inc.*

Ian B Bogaty
Jackson Lewis P.C.
58 South Service Road, Ste. 410
Melville, NY 11747
631-247-0404
Fax: (631)-247-0417
ian.bogaty@jacksonlewis.com
*Attorney for Defendant Verizon New York Inc.*

Ryan Christopher Chapoteau
Jackson Lewis P.C. (NY)
666 Third Avenue
New York, NY 10017
(212) 545-4000
Fax: (212) 972-3213
ryan.chapoteau@jacksonlewis.com
*Attorney for Defendant Verizon New York Inc*

.

Signed: /s/ Amy S. Young
         Amy S. Young