# JacksonLewis

**MEMO ENDORSED**

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

MY DIRECT DIAL: (212) 545-4075
MY EMAIL ADDRESS: Ryan.Chapoteau@jacksonlewis.com

October 2, 2025

**VIA ECF**

The Honorable Jessica G.L. Clarke, U.S.D.C.
United States District Court
Southern District of New York
500 Pearl Street
United States Courthouse
New York, NY 10007

> Application GRANTED. The October 7, 2025 deadline for the parties to submit a joint letter is adjourned *sine die*. The parties shall file a joint status letter with the Court within thirty days of the completion of mediation. The Clerk of Court is directed to terminate ECF No. 147.
>
> Dated: October 6, 2025
> New York, New York
>
> SO ORDERED.
>
> *Jessica Clarke*
>
> JESSICA G. L. CLARKE
> United States District Judge

Re: Kelly v. Communications Workers of America, AFL- CIO,
Civ. Act. No.: 1:22-cv-10923 (JGLC) (SDA)

Dear Judge Clarke:

We represent Defendant Verizon New York, Inc. ("Verizon") in the above-referenced action. We write jointly with Plaintiff's counsel requesting a temporary stay of the October 7, 2025 deadline for the parties to outline their respective positions regarding supplemental jurisdiction as directed in the Court's Order dated September 23, 2025. *See* Dkt. No. 146.

The parties have conferred and have agreed to attempt to resolve this matter through a private mediation and would like to focus their efforts on completing that process before engaging in further litigation before this Court. The parties are working diligently to select and schedule a mediator provided the Court grants this stay. This is the first request for an extension of this deadline. If the Court agrees, the parties intend to update the Court within thirty (30) days of the completion of the mediation whether the matter can be closed or should proceed.

We thank the Court for its consideration of this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

s/Ryan C. Chapoteau
Ryan C. Chapoteau
Cliff LaFemina

cc: Counsel of Record (via ECF)