**MEMO ENDORSED**

# JacksonLewis

**MEMO ENDORSED**

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4075 Direct
(212) 972-3213 Fax
Ryan.Chapoteau@jacksonlewis.com

December 17, 2025

**VIA ECF**

The Honorable Jessica G.L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    Peter Kelly v. Verizon New York, Inc.
> 22-cv-10923 (JGLC) (SDA)

Dear Judge Clarke:

We represent Defendant Verizon New York, Inc. in the above-referenced matter. Pursuant to Your Honor's Order dated October 6, 2025 (Dkt. No. 148), we write jointly to inform the Court that the parties completed a mediation but were unsuccessful in resolving the matter. Accordingly, the parties propose a January 9, 2026 deadline to respond to Your Honor's Order dated September 23, 2025 (Dkt. No. 146) to submit a joint statement addressing whether the Court should decline to exercise supplemental jurisdiction over Plaintiff's remaining NYSHRL claim.

The parties are available if the Court would like to schedule a conference to discuss further. Thank you very much for your attention to this matter.

cc: All Counsel of Record (*via ECF*)

Respectfully submitted,

JACKSON LEWIS P.C.

Ryan C. Chapoteau

Application GRANTED. The Court extends the deadline for the parties to submit a joint letter, pursuant to ECF No. 146, to January 9, 2026.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: December 18, 2025
New York, New York